BOARD OF COUNTY COMMISSIONERS, COUNTY OF LARIMER, and Richard D. Lamm, Governor of the State of Colorado, State of Colorado, and State of Colorado Department of Health, Petitioners,

v.

Grace SRB, Individually and as administratrix of personal representative of the Estate of Hugo F. Srb, Respondent.

No. 79 SC 277.

Supreme Court of Colorado.

May 14, 1980.

Fischer & Wilmarth, Elery Wilmarth, Steven G. Francis, Harden, Napheys, Schmidt & Hass, George H. Hass, Fort Collins, for petitioners.

Vicki J. Fowler, Asst. Atty. Gen., Denver, for respondent.

Upon consideration of the Motion to Dismiss with Prejudice, the Motion to Dismiss Appeal as Abstract or Moot, and the Motion to Dismiss Appeal for Lack of Case or Controversy filed herein, and now being sufficiently advised in the premises,

phrasing of the district attorney's request would improperly require this Court to make

It Is This Day Ordered that said Motions to Dismiss shall be, and the same hereby are, Denied,

It Is Further Ordered that the Petition for Writ of Certiorari previously granted shall be, and the same hereby is, Denied as improvidently granted.